**UNITED STATES of America,**

v.

**Roland AMOS, Appellant.**

**No. 04–2585.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit L.A.R. 34.1(a) April 21, 2005.

Decided May 4, 2005.

George S. Leone, David B. Lat, Office of United States Attorney, Newark, NJ, for Appellee.

John H. Yauch, Office of Federal Public Defender, Newark, NJ, for Appellant.

Before ROTH, FUENTES, and STAPLETON, Circuit Judges.

## OPINION OF THE COURT

FUENTES, Circuit Judge.

Roland Amos pled guilty to distribution, and possession with intent to distribute, more than 5 grams of crack cocaine. Amos' sentence was enhanced under U.S.S.G. § 4A.1.1(e) because the District Court determined that the offense took placed less than two years after his release from custody for prior offenses. Amos appeals his sentence and seeks a remand pursuant to *United States v. Booker*, 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Having determined that issues with respect to *Booker* are best determined by the District Court in the first instance, we vacate the sentence and remand for resentencing in accordance with that opinion.

*See United States v. Davis,* 2005 WL 976941 (3d Cir. Apr.28, 2005).